# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL CORCORAN, CUMAL T. GRAY, KRISTINE T. TORRANCE AND MICHAEL J. HUSHION, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERSOURCE ENERGY SERVICE COMPANY; THE BOARD OF DIRECTORS OF EVERSOURCE ENERGY SERVICE COMPANY, THE INVESTMENT MANAGEMENT COMMITTEE and JOHN DOES 1-30,<br><br>Defendants. | Case No.: 3:20-cv-001154-VLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice, and with each party to bear its own costs and fees. As of the date of this filing, Counsel for Defendant has not entered an appearance and has not yet served Plaintiff with an answer or a motion for summary judgment.

Dated: September 22, 2020

Respectfully submitted,

/s/ *Jeffrey Hellman*
Jeffrey Hellman (ct04102)
**Law Offices of Jeffrey Hellman, LLC**
195 Church Street, 10th Floor
New Haven, CT 06510
Tel.: 203-691-8762
Fax: (203) 823-4401
jeff@jeffhellmanlaw.com
Local Rule 83.1(c) Counsel

/s/ *Donald R. Reavey*
Donald R. Reavey, Esquire
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com
(717) 233-4101
Fax (717) 233-4103

/s/ Mark K. Gyandoh
Mark K. Gyandoh, Esquire
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
(610) 890-0200
Fax (717) 233-4103

Counsel for Plaintiffs and the Putative Class

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 22, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                 /s/ *Jeffrey Hellman*
                 Jeffrey Hellman (ct04102)